FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SCHEIBE and JOANNA SCHEIBE,<br><br>Plaintiffs,<br><br>v.<br><br>CONFLUENCE HEALTH and CENTRAL WASHINGTON HOSPITAL,<br><br>Defendants. | No. 2:19-CV-00022-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 16, 2019, the parties filed a stipulated dismissal, ECF No. 3. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' stipulated dismissal, **ECF No. 3**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2